IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SWIPE INNOVATIONS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:12CV-85 |
| | § | |
| | § | JUDGE RON CLARK |
| TSYS MERCHANT SOLS. LLC. *et al*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff Swipe Innovations, LLC and Defendants TSYS Merchant Solutions, LLC and TSYS Acquiring Solutions, LLC's Stipulated Motion for Dismissal [Doc. # 52]. The court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted in this suit between Plaintiff Swipe Innovations, LLC and Defendants TSYS Merchant Solutions, LLC and TSYS Acquiring Solutions, LLC are DISMISSED WITH PREJUDICE, and all counterclaims asserted by Defendants against Plaintiff are DISMISSED WITHOUT PREJUDICE, subject to the terms of the parties' January 31, 2013 Settlement and License Agreement. All attorney's fees and costs shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** on February   20  , 2013.

_____
Ron Clark
United States District Judge